IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Alejandro Licona Jimenez, | ) | C/A No.: 6:18-cv-02793-TLW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| Warden of Ridgeland Correctional Institution, | ) ) ) | |
| | ) | |
| Respondent. | ) ) | |

Petitioner Alejandro Licona Jimenez seeks relief from his state sentence pursuant to 28 U.S.C. § 2254. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge McDonald, ECF No. 14, to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), (D.S.C.). In the R&R, the Magistrate Judge recommends dismissing Petitioner's case pursuant to Rule 41(b) for failure to comply with a court order and for failure to prosecute the case. On November 29, 2018, the Court mailed Petitioner a copy of the R&R. ECF No. 16. No objections have been filed.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. *See* 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

In light of the standard above, this Court has carefully reviewed the Magistrate Judge's R&R. Noting that Petitioner filed no objections, the R&R, ECF No. 14, is hereby **ACCEPTED**.

Therefore, for the reasons articulated by the Magistrate Judge, Petitioner's case is dismissed without prejudice.

**IT IS SO ORDERED**.

                                                   *s/Terry L. Wooten*
                                                   Terry L. Wooten
                                                   Chief United States District Judge

January 25, 2019
Columbia, South Carolina